DAVID P. MASTAGNI (SBN 57721)
PHILLIP R.A. MASTAGNI (SBN 238254)
GRANT A. WINTER (SBN 266329)
**MASTAGNI HOLSTEDT, APC**
1912 "I" Street, Sacramento, California 95811
Telephone: (916) 446-4692
Facsimile: (916) 447-4614

Attorneys for Plaintiff
JONATHAN SALAS

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| JONATHAN SALAS,<br><br>    Plaintiff,<br><br>v.<br><br>FACULTATIEVE TECHNOLOGIES THE AMERICAS, INC.; INCINERATOR SPECIALISTS, INC.; and DOES 1 through 100, inclusive,<br><br>    Defendants. | Case No.: 1:17-cv-00335-LJO-BAM<br><br>**ORDER APPROVING STIPULATION TO FILE AMENDED COMPLAINT** |

WHEREAS on November 15, 2016, Plaintiff Jonathan Salas filed his Complaint for negligence and product liability in this action against Facultatieve Technologies The Americas, Inc. and Incinerator Specialists, Inc.;

WHEREAS on information newly obtained in the course of discovery Plaintiff believes that Facultatieve Technologies Supplies Limited, Facultatieve Technologies Limited and, Facultatieve Technologies UK Limited, are necessary and proper defendants in this action;

WHEREAS all parties who have appeared in this action, through their attorneys, have reviewed a copy of Plaintiff's proposed First Amended Complaint attached as "Exhibit 1";

IT IS HEREBY STIPULATED, by and between Plaintiff Jonathan Salas and Defendants Facultatieve Technologies The Americas, Inc. and Incinerator Specialists, Inc. through their attorneys of record that:

1.     Provided the Court grants its consent, Plaintiff may file the proposed First Amended Complaint to join Facultatieve Technologies Supplies Limited, Facultatieve

Technologies Limited and, Facultatieve Technologies UK Limited as Defendants to this action;

2. That the proposed First Amended Complaint will only join Facultatieve Technologies Supplies Limited, Facultatieve Technologies Limited and, Facultatieve Technologies UK Limited as Defendants to this action, and will not materially change the issues in the action;

3. That the responsive pleadings filed by Facultatieve Technologies The Americas, Inc. and Incinerator Specialists, Inc. in response to the original complaint shall be deemed to be the responsive pleadings to the First Amended Complaint for Facultatieve Technologies The Americas, Inc. and Incinerator Specialists, Inc.;

4. That the attorneys of the parties who have appeared in this action, by signature hereon, represent and warrant that they have the full authority to bind their respective parties to the terms hereof; and,

5. The parties hereby agree that the First Amended Complaint, attached hereto as "Exhibit 1", may be filed, should the Court grant leave to do so.

**MASTAGNI HOLSTEDT, A.P.C**.

DATED: May 15, 2017            By:__/s/_____
                                         GRANT A. WINTER
                                         Attorney for Plaintiff

**ERICKSEN ARBUTHNOT**

DATED: May 15, 2017            By:__/s/_____
                                         NATHANIEL R. LUCEY
                                         Attorney for Defendants Facultatieve
                                         Technologies The Americas, Inc. and
                                         Incinerator Specialists, Inc.

///
///
///
///
///

**<u>ORDER</u>**

Pursuant to the stipulation of the parties as set forth above and Fed. R. Civ. P. 15(a)(2), this Court HEREBY ORDERS:

1. The stipulation to allow the filing of the First Amended Complaint is GRANTED;

2. No later than May 25, 2017, Plaintiff Jonathan Salas may file the First Amended Complaint that was attached as Exhibit A to the Stipulation to Amend Plaintiff's Complaint;

3. The previous responsive pleading filed in response to the original complaint shall be DEEMED responsive to the First Amended Complaint.

4. Plaintiff shall report the status of service on the newly named parties at the scheduling conference, on June 7, 2017. If the newly named parties have not yet appeared by June 7, 2017, the conference will be conducted as a status conference.

IT IS SO ORDERED.

Dated: **May 18, 2017**　　　　　　　　/s/ *Barbara A. McAuliffe*
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE