NATHANIEL R. LUCEY, Esq.  (SBN 260796)
ERICKSEN ARBUTHNOT
152 North Third Street, Suite 700
San Jose, CA  95112
Tel:  (408) 286-0880
Fax: (408) 286-0337

Attorneys for Defendants
FACULTATIEVE TECHNOLOGIES
THE AMERICAS, INC. and INCINERATOR
SPECIALISTS, INC.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN SALAS,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>FACULTATIEVE TECHNOLOGIES<br>THE AMERICAS, INC., ET AL.,<br><br>　　　　　　Defendants. | No.  1:17-CV-00335-LJO-BAM<br><br>**STIPULATION AND ORDER TO CONTINUE CERTAIN DISCOVERY CUTOFF DATES** |

　　　　IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES, BY AND THROUGH THEIR ATTORNEYS OF RECORD, that certain dates set forth in the Court's Scheduling Conference Order of December 5, 2018, shall be modified as follows (modified dates are in bold):

| | |
|---|---|
| **Expert Disclosure:** | Continued from August 7, 2019<br>**To September 13, 2019** |
| **Supplemental Expert Disclosure:** | Continued from September 23, 2019<br>**To October 11, 2019** |
| **Non-Expert Discovery Cutoff:** | Continued from August 1, 2019<br>**To October 18, 2019** |
| **Expert Discovery Cutoff:** | Continued from October 28, 2019<br>**To December 13, 2019** |
| Pre-trial Motion Filing Deadline: | remains November 13, 2019 |

1

**Stip. and Order to Continue Certain Discovery Cutoff Dates**
*Salas v. Facultatieve, et al.*
**Case No. 1:17-CV-00335-LJO-BAM**

|   |   |
|---|---|
| Settlement Conference: | Not set |
| Pretrial Conference: | remains on February 4, 2020<br>Time: 9:00 a.m.<br>Dept: 4 (LJO) |
| Jury Trial:<br>(5-7 days est.) | remains April 7, 2020<br>Time: 8:30 a.m.<br>Dept: 4 (LJO) |

**IT IS SO STIPULATED**

                                      **MASTAGNI HOLSTEDT, A.P.C**.

DATED: June 12, 2017                    By: _____/s/_____
                                                      GRANT A. WINTER
                                                        Attorney for Plaintiff

                                      **ERICKSEN ARBUTHNOT**

DATED: June 12, 2017                    By: _____/s/_____
                                                      NATHANIEL R. LUCEY
                                                     Attorney for Defendants Facultatieve
                                                     Technologies The Americas, Inc. and
                                                     Incinerator Specialists, Inc.

## **ORDER**

Having reviewed the Stipulation set forth above and the accompanying Declaration of Nathanial R. Lucey, Esq., the Court finds the parties have not stated good cause. Delay in discovery is not good cause. Nonetheless, in the interest of justice, the Court adopts the scheduling dates set forth above, as modified by the parties.

///

///

///

2
**Stip. and Order to Continue Certain Discovery Cutoff Dates**
*Salas v. Facultatieve, et al.*
**Case No. 1:17-CV-00335-LJO-BAM**

The Court notes that the dates selected permit fact discovery beyond the date for expert disclosure and expert discovery past the dispositive motion filing deadline.  No objection or complaint shall be heard nor shall further modification of the Scheduling Order be permitted based on any difficulties resulting from the dates selected by the parties.

IT IS SO ORDERED.

Dated: **June 14, 2019**  /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE

3
**Stip. and Order to Continue Certain Discovery Cutoff Dates**
*Salas v. Facultatieve, et al.*
**Case No. 1:17-CV-00335-LJO-BAM**