NATHANIEL R. LUCEY, Esq. (SBN 260796)
LAURA E. MALKOFSKY, Esq. (SBN 142536)
ERICKSEN ARBUTHNOT
152 North Third Street, Suite 700
San Jose, CA 95112
Tel: (408) 286-0880
Fax: (408) 286-0337

Attorneys for Defendants
FACULTATIEVE TECHNOLOGIES
THE AMERICAS, INC. and INCINERATOR
SPECIALISTS, INC.

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JONATHAN SALAS,<br><br>   Plaintiff,<br><br>v.<br><br>FACULTATIEVE TECHNOLOGIES THE AMERICAS, INC., ET AL.,<br><br>   Defendants. | No. 1:17-CV-00335-LJO-BAM<br><br>**STIPULATION AND ORDER RE: PHYSICAL EXAMINATION OF PLAINTIFF JONATHAN SALAS** |

IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES, BY AND THROUGH THEIR ATTORNEYS OF RECORD that Plaintiff Jonathan Salas shall submit to a physical examination with the following manner, conditions, and scope under Federal Rule of Civil Procedure 35:

**Manner, Conditions and Scope of Physical Examination**

1. The date and time for the physical examination will be August 19 at 9:00 a.m.

2. The physical examination will be performed by Peter Sfakianos, MD. Dr. Sfakianos is Board Certified in Orthopedic Surgery. Attached hereto as Exhibit "A' is a true and correct copy of Dr. Sfakianos' Curriculum Vitae setting forth his qualifications and background.

3. The location of the examination will be El Dorado Orthopedics, 1580 Creekside Drive, Suite 100, Folsom, CA 95630.

4. The manner, condition, scope and nature of the physical examination will be a

Stip. and Order Re Physical Examination of Plaintiff Jonathan Salas
*Salas v. Facultatieve, et al.*
Case No. 1:17-CV-00335-LJO-BAM

three-part exam consisting of:

  a. An interview in the doctor's office which will include, but is not limited to, the history of the event, treatment, prior medical history and present symptoms;

  b. A physical examination involving:

    1. Right Upper extremity range of motion, neurologic exam & measurements;

    2. Provocative no painful, noninvasive testing or plaintiff's right hand/right upper extremity;

    3. Specific orthopedic exam of Mr. Salas based on examinee's underlying complaints of his right hand/right upper extremity.

 5. The examination will not include any diagnostic test or procedure that is painful, protracted or intrusive.

 6. It is further stipulated that the examination will be videotaped. Defendants reserve the right to use said videotape at trial.

 7. It is further stipulated that, following the examination, a copy of Dr. Sfakianos' report related to the examination will be produced to Mr. Salas' counsel as required by Federal Rule of Civil Procedure 35. Dr. Sfakianos' report shall be in writing and must set out in detail his examiner's findings, including diagnoses, conclusions, and the results of any tests. After delivering Dr. Sfakianos' report, defendants may request—and are entitled to receive—from Mr. Salas, like reports of all earlier or later examinations of the same condition. By requesting and obtaining Dr. Sfakianos' report, or by deposing Dr. Sfakianos, Mr. Salas waives any privilege he may have—in that action or any other action involving the same controversy—concerning testimony about all examinations of the same condition. The court on motion may order—on just terms—that a party deliver the report of an examination. If the report is not provided, the court may exclude the examiner's testimony at trial.

 8. It is further stipulated that defendants will be responsible for the fees associated with this examination, including Dr. Sfakianos' cancellation policy, unless plaintiff cancels said examination on or after August 14, 2019. Should Mr. Salas be unable to comply with Dr.

**Stip. and Order Re Physical Examination of Plaintiff Jonathan Salas**
*Salas v. Facultatieve, et al.*
Case No. 1:17-CV-00335-LJO-BAM

Sfakianos' cancellation policy for any unexpected health reason, Mr. Salas reserves the right to object to the payment of Dr. Sfakianos' cancellation costs incurred. Defendants reserve the right to seek payment for any cancellation by Mr. Salas. In this situation, Mr. Salas and defendants agree to work together to promptly reschedule the examination and reasonably resolve any issues regarding the payment of Dr. Sfakianos' cancellation costs incurred.

The parties agree that this Stipulation may be signed in counterpart, and each counterpart shall be deemed an original, and all counterparts so executed shall constitute one Stipulation, and further, that faxed or emailed signatures shall be treated as originals.

**IT IS SO STIPULATED**

                              **MASTAGNI HOLSTEDT, A.P.C.**

DATED: 8/7/2019                    By: _____/s/_____
                                          GRANT A. WINTER
                                          Attorney for Plaintiff

                              **ERICKSEN ARBUTHNOT**

DATED: 8/7/2019                      By: _____/s/_____
                                          NATHANIEL R. LUCEY
                                          Attorney for Defendants Facultatieve
                                          Technologies The Americas, Inc. and
                                          Incinerator Specialists, Inc.

### **ORDER**

Having reviewed the Stipulation set forth above, and FOR GOOD CAUSE APPEARING THEREFORE, the above Stipulation is accepted, adopted and made the Order of the Court.
IT IS SO ORDERED.

Dated:   **August 8, 2019**                     /s/ *Barbara A. McAuliffe*
                                                 UNITED STATES MAGISTRATE JUDGE

**Stip. and Order Re Physical Examination of Plaintiff Jonathan Salas**
*Salas v. Facultatieve, et al.*
**Case No. 1:17-CV-00335-LJO-BAM**