GRANT A. WINTER (SBN 266329)
MASTAGNI HOLSTEDT, APC
1912 I Street,
Sacramento, California 95682
(916)-491-4252
gwinter@mastagni.com

Attorneys for Plaintiff
JONATHAN SALAS

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN SALAS,<br><br>            **Plaintiff,**<br><br>v.<br><br>FACULTATIEVE TECHNOLOGIES THE AMERICAS, INC., ET AL.,<br><br>            **Defendants.** | No. 1:17-CV-00335-LJO-BAM<br><br>**STIPULATION AND ORDER TO CONTINUE CERTAIN DISCOVERY CUTOFF DATES** |

IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES, BY AND THROUGH THEIR ATTORNEYS OF RECORD, that certain dates set forth in the Court's Order to Continue Certain Discovery Dates of June 14, 2019, shall be modified as follows (modified dates are in bold):

| | |
|---|---|
| **Expert Disclosure:** | Continued from September 13, 2019<br>**To September 20, 2019** |
| **Supplemental Expert Disclosure:** | Continued from October 11, 2019<br>**To October 24, 2019** |

This modification is necessary as the parties have been unable to schedule the inspection of the premises at issue in this matter until September 10, 2019 and they require more time to prepare Expert Disclosure following this inspection.

////
////
////
////

1

**Stip. and Order to Continue Certain Discovery Cutoff Dates**
*Salas v. Facultatieve, et al.*
**Case No. 1:17-CV-00335-LJO-BAM**

////

**IT IS SO STIPULATED**

                                            **MASTAGNI HOLSTEDT, A.P.C.**

DATED: September 6, 2019                By: _____/s/_____
                                                           GRANT A. WINTER
                                                           Attorney for Plaintiff

                                            **ERICKSEN ARBUTHNOT**

DATED: September 6, 2019                By: _____/s/_____
                                                           NATHANIEL R. LUCEY
                                                           Attorney for Defendants Facultatieve
                                                           Technologies The Americas, Inc. and
                                                           Incinerator Specialists, Inc.

## **ORDER**

Having reviewed the Stipulation set forth above, and FOR GOOD CAUSE APPEARING THEREFORE, the Court adopts the scheduling dates set forth above, as modified by the parties. The deadline for expert disclosure is continued to **September 20, 2019**, and supplemental expert disclosure is continued to **October 24, 2019**. All other dates in the Scheduled Order remain unmodified.

IT IS SO ORDERED.

Dated:  **September 9, 2019**           /s/ *Barbara A. McAuliffe*
                                                       UNITED STATES MAGISTRATE JUDGE

2

**Stip. and Order to Continue Certain Discovery Cutoff Dates**
*Salas v. Facultatieve, et al.*
**Case No. 1:17-CV-00335-LJO-BAM**