NATHANIEL R. LUCEY, Esq.   (SBN 260796)
ERICKSEN ARBUTHNOT
152 North Third Street, Suite 700
San Jose, CA  95112
Tel:  (408) 286-0880
Fax: (408) 286-0337

Attorneys for Defendants
FACULTATIEVE TECHNOLOGIES
THE AMERICAS, INC. and INCINERATOR
SPECIALISTS, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN SALAS,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>FACULTATIEVE TECHNOLOGIES<br>THE AMERICAS, INC., ET AL.,<br><br>　　　　　　Defendants. | Case No.  1:17-CV-00335-LJO-BAM<br><br>**STIPULATION RE: DISMISSAL OF WAGE LOSS CLAIMS AND INCINERATOR SPECIALISTS, INC.** |

　　　COME NOW PLAINTIFF JONATHAN SALAS ["Plaintiff"] AND DEFENDANTS FACULTATIEVE TECHNOLOGIES THE AMERICAS, INC. and INCINERATOR SPECIALISTS, INC. ["Defendants"] and enter into the following stipulation:

　　　1.　　Plaintiff hereby withdraws his claim for lost wages, future lost wages and a loss in earning capacity against Defendants. Plaintiff agrees to not introduce evidence or testimony at trial regarding or relating to any lost wages, earnings and bonuses or any future lost wages, earnings, bonuses or any loss in earning capacity. Plaintiff agrees to withdraw Victor Johnson as an unretained expert, Plaintiff agrees that he shall not submit to the jury an instruction or jury verdict requesting said damages listed above.  This stipulation shall not prohibit Plaintiff from introducing evidence of how his injuries cause him pain& suffering/ emotional distress at his work.

1

2. Plaintiff agrees to dismiss INCINERATOR SPECIALISTS, INC. as a Defendant in this action without prejudice.

3. Defendant INCINERATOR SPECIALISTS, INC. agrees, in exchange for its dismissal, to waive its right to costs against Plaintiff.

**IT IS SO STIPULATED**

                                                                           **MASTAGNI HOLSTEDT, A.P.C**.

DATED: October 1, 2019                            By: */Grant A. Winter/*
                                                                              GRANT A. WINTER
                                                                              Attorney for Plaintiff

                                                                            **ERICKSEN ARBUTHNOT**

DATED: October 1, 2019                            By: */Nathaniel R. Lucey/*
                                                                              NATHANIEL R. LUCEY
                                                                              Attorney for Defendants Facultatieve
                                                                              Technologies The Americas, Inc. and
                                                                              Incinerator Specialists, Inc.

## **ORDER**

Having reviewed the Stipulation set forth above, and FOR GOOD CAUSE APPEARING THEREFORE, the above Stipulation is accepted, adopted and made the Order of the Court.

IT IS SO ORDERED.

IT IS SO ORDERED.

    Dated: **October 4, 2019**                    /s/ Lawrence J. O'Neill
                                                       UNITED STATES CHIEF DISTRICT JUDGE

2

**STIPULATION RE: DISMISSAL OF WAGE LOSS CLAIMS AND INCINERATOR SPECIALISTS, INC.**
*Salas v. Facultatieve, et al.*
**Case No. 1:17-CV-00335-LJO-BAM**